Judge J. Richard Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $133,215.00 IN UNITED STATES CURRENCY, <br><br> Defendant, <br><br> and <br><br> RODRIGO HERNANDEZ-SANCHEZ, <br><br> Third-Party Claimant. | CASE NO. C14-5329JRC <br><br> [PROPOSED] <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AND FOR SUMMARY JUDGMENT |

THIS MATTER having come before the Court on *Plaintiff's Motion to Strike and for Summary Judgment* in the above-entitled cause of action, and this Court having reviewed the *Motion*, any opposition and reply thereto, and the record herein, and being fully advised,

IT IS HEREBY ORDERED that the Plaintiff's *Motion to Strike* is GRANTED. Claimant RODRIGO HERNANDEZ-SANCHEZ has abandoned his *Claim*.

IT IS FURTHER ORDERED that Plaintiff's *Motion for Summary Judgment* is GRANTED. There is no genuine issue of material fact in this case because the Claimant

ORDER GRANTING PLAINTIFF'S MOTION TO
STRIKE AND FOR SUMMARY JUDGMENT
*U.S. v. $133,215.00 in U.S. Currency* (Case No. C14-5329JRC) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  RODRIGO HERNANDEZ-SANCHEZ did not respond to the discovery requests
2  propounded on him by the Government, thereby leaving undisputed the facts necessary to
3  support a forfeiture judgment. The Government has established, by a preponderance of the
4  evidence, a nexus between criminal activity, conspiracy to distribute controlled substances,
5  and the Defendant Currency, of which the Claimant is not an "innocent owner." The
6  Defendant Currency is therefore forfeitable to the Government as proceeds of the distribution
7  of controlled substances. Therefore, the Government is entitled to judgment as a matter of
8  law. Accordingly,
9      IT IS HEREBY ORDERED that summary judgment is granted in favor of the
10 Plaintiff, forfeiting the Defendant Currency to the United States. The Government is
11 directed to file a proposed *Judgment of Forfeiture* within ten (10) days of the entry of this
12 *Order*.
13     DATED this 27nd day of MAY, 2015.

J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE

Presented by:

RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2242
Fax:   206-553-6934
E-mail: Richard.E.Cohen@usdoj.gov

ORDER GRANTING PLAINTIFF'S MOTION TO
STRIKE AND FOR SUMMARY JUDGMENT
U.S. v. $133,215.00 in U.S. Currency (Case No. C14-5329JRC) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970